IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE COMPANY, DAN SHEILS, NETEMEYER ENGINEERING ASSOCIATES, INC., AND THOUVENOT, WADE & MOERCHEN, INC.,**

**Defendants.**                                                        **No. 05-CV-306-DRH**

## ORDER

**HERNDON, District Judge:**

       Before the Court is the government's motion for leave to file a brief supporting a motion for summary judgment in excess of twenty pages. Local Rule of the Southern District of Illinois 7.1(d) provides that briefs ordinarily may not exceed twenty pages, and that requests for additional pages are not favored. S.D. Ill. Local Rule 7.1(d). Here, however, the government has provided sufficient justification for ten additional pages: there are four Defendants in this matter, three of the Defendants have raised the affirmative defense of impracticability, and the case involves multiple alleged violations of the Fair Housing Act's design-and-construction requirements. (Doc. 77.) For this reason, the Court **GRANTS** the government's

motion (Doc. 77), and **ALLOWS** the government to file a summary-judgment brief of no more than thirty pages.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2006.

/s/        David   RHerndon
**United States District Judge**