IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE COMPANY, DAN SHEILS, NETEMEYER ENGINEERING ASSOCIATES, INC., AND THOUVENOT, WADE & MOERCHEN, INC.,**

**Defendants.**                                                              **No. 05-CV-306-DRH**

### ORDER

**HERNDON, District Judge:**

      Before the Court is Defendant Thouvenot, Wade & Moerchen, Inc.'s ("TWM") motion to strike United States' reply to Defendant TWM's opposition to United States' motion for summary judgment. (Doc. 102.) The Court finds that the United States filed a timely reply to Defendant TWM's response to the United States' motion for summary judgment.[1] Furthermore, the Court determines that although reply briefs are disfavored, the Court will not require parties to prove exceptional circumstances when filing such briefs. Therefore, the Court **DENIES** TWM's motion

---

[1] The Court agrees with the United States that its reply brief was due on August 14, 2006 based on **Fed. R. Civ. P. 6(a) and (e)** and **SDIL-LR 7.1(c)**.

(Doc. 102). However, the Court assures TWM that if, in fact, the United States inappropriately raised new issues in its reply (Doc. 101) that these issues will be stricken by the Court.

      **IT IS SO ORDERED.**

    Signed this 10th day of October, 2006.

/s/     David  RHerndon
**United States District Judge**
