IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE COMPANY, DAN SHEILS, NETEMEYER ENGINEERING ASSOCIATES, INC., AND THOUVENOT, WADE & MOERCHEN, INC.,**

**Defendants.**                                          **No. 05-CV-306-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's motion to strike Defendant Thouvenot, Wade & Moerchen, Inc.'s ("TWM") motion, memorandum of law, and statement of facts in support of its motion for summary judgment. (Doc. 87.) As Plaintiff's motion notes, Local Rule 7.1 provides that briefs in support of motions for summary judgment shall not be longer than 20 pages. **SDIL-LR 7.1(d)**. Defendant TWM's motion for summary judgment was 9 pages. (Doc. 81.) Defendant TWM's brief in support of its motion for summary judgment was 19 pages. (Doc. 83.) In addition, TWM submitted 17 pages of what it asserts are uncontroverted facts. (Doc. 82.) Rule 7.1.(c) states that the "motion and brief *may* be combined into a single paper." **SDIL-**

**LR 7.1.(c) (emphasis added).** The use of the word "may" suggests that it is also proper to submit both a motion and a separate brief. The rule is vague as to the submission of a separate statement of uncontroverted facts. Because the rule is somewhat vague and the previous practice in this District was to have parties submit a separate statement of uncontroverted facts, the Court will exercise its discretion and allow Defendant TWM's motion for summary judgment, memorandum in support of the motion, and the statement of uncontroverted facts.[1] Therefore, Plaintiff's motion is **DENIED**. (Doc. 87.)

    **IT IS SO ORDERED.**

    Signed this 10th day of January, 2007.

                                            /s/       David RHerndon
                                          **United States District Judge**

---

[1] However, the Court wishes to remind the parties that conciseness is favored, while redundancy is greatly disfavored. He who has the longest brief does not necessarily have the best or winning brief.