IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE COMPANY, DAN SHEILS, NETEMEYER ENGINEERING ASSOCIATES, INC., AND THOUVENOT, WADE & MOERCHEN, INC.,**

**Defendants.**                                                      **No. 05-CV-306-DRH**

## ORDER

**HERNDON, District Judge:**

      This matter comes before the Court on Defendants Shanrie Co., Inc., Dan Sheils, and Netemeyer Engineering Associates, Inc.'s motion to amend order on summary judgment to include certification for immediate appeal. (Doc. 113.) This motion was filed on April 19, 2007. As of this date, Plaintiff has not responded to the motion. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1]

      **28 U.S.C. § 1292(b)** provides for interlocutory appeals of certain

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.

otherwise non-appealable orders.  The Seventh Circuit has noted that there are four criteria that must be satisfied before an interlocutory appeal is allowed to proceed under **28 U.S.C. § 1292(b):** (1) there must be a question of law; (2) it must be controlling; (3) it must be contestable; and (4) its resolution must promise to speed up the litigation.  ***Ahrenholz v. Board of Trustees of the Univ. of Ill.*, 219 F.3d 674, 675 (7th Cir. 2000).**  The Court finds that all four criteria are met.  There are controlling legal questions with substantial grounds for a difference of opinion and because interlocutory review may materially advance the ultimate termination of this litigation, the Court finds that certification of the March 30, 2007 Order (Doc. 112) is appropriate under **28 U.S.C. § 1292(b)**.  Therefore, Defendants' motion to amend order (Doc. 113) is **GRANTED.**  The Court amends its March 30, 2007 Order (Doc. 112) to provide for interlocutory appeal of said Order.

      **IT IS SO ORDERED.**

      Signed this 23rd day of April, 2007.

      /s/      David   RHerndon
      **United States District Judge**