IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANRIE CO., INC., DAN SHEILS,
NETEMEYER ENGINEERING
ASSOCIATES, INC., and
THOUVENOT, WADE & MOERCHEN, INC.,

Defendants.                                                                 No. 05-0306-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendant Thouvenot, Wade & Moerchen, Inc.'s motion to continue pre-trial conference (Doc. 124). Said motion is **GRANTED**. The Court **CONTINUES** the Final Pre-trial Conference to November 29, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2007.

/s/      David   RHerndon
**United States District Judge**