**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE COMPANY, DAN SHEILS,
NETEMEYER ENGINEERING
ASSOCIATES, INC., AND THOUVENOT,
WADE & MOERCHEN, INC.,**

**Defendants.**                                                           **No. 05-CV-306-DRH**

**<u>ORDER</u>**

**HERNDON, District Judge:**

        Pending before the Court is Defendants Netemeyer Engineering Associates, Inc., Shanrie Company, and Dan Sheils' motion for extension of time to file remedial plan. (Doc. 126.) The United States responds in opposition. (Doc. 126.) Defendants have not stated reasons that would sufficiently justify a 60-day extension. However, the Court finds that a short extension will not unduly delay this matter. Therefore, the Court **GRANTS** Defendant's motion for extension of time (Doc. 126), but only to the extent that  Defendants will be given an additional 30 days to submit a remedial plan.  Defendants were initially required to submit the plan by July 30,

2007.  Defendants shall now be required to submit the remedial plan **no later than**

August 29, 2007.

   **IT IS SO ORDERED.**

   Signed this 10th day of August, 2007.


                                        /s/          David   RHerndon
                                        **United States District Judge**