IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE COMPANY, DAN SHEILS, NETEMEYER ENGINEERING ASSOCIATES, INC., AND THOUVENOT, WADE & MOERCHEN, INC.,**

**Defendants.**                                    No. 05-CV-306-DRH

**ORDER**

**HERNDON, District Judge:**

Now before the Court is Defendants Shanrie Company and Dan Sheils' motion to reset pre-trial conference. (Doc. 127.)  The motion is **GRANTED**.  The Court continues the Final Pre-Trial Conference to December 19, 2007 at 2:00 p.m.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2007.

/s/       David   RHerndon
**United States District Judge**