IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-306-DRH |
| ) | |
| SHANRIE CO., INC., DAN SHEILS, ) | |
| NETEMEYER ENGINEERING ) | |
| ASSOCIATES, INC., THOUVENOT, ) | |
| WADE & MOERCHEN, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is a motion for extension of time in which to submit remedial plan filed by Defendants Shanrie Co., Inc, Dan Sheils, and Netemeyer Engineering Associates, Inc. (Doc. 131.) Plaintiff consents to the motion. For good cause shown and in view of Plaintiff's consent, the Court allows Defendants' motion. (Doc. 131.) Any further continuance requests will require the most exigent of circumstances and will be closely scrutinized by the Court, but looked upon, at the first instance, with much disfavor. The remedial plan required by the Court shall be filed with the Court no later than September 10, 2007.

**IT IS SO ORDERED.**

Signed this 20th day of August, 2007.

/s/      DavidRHerndon
United States District Judge