IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHANRIE CO., INC., DAN SHEILS, ) | CIVIL ACTION NO. 05-306-DRH |
| NETEMEYER ENGINEERING ) | |
| ASSOCIATES, INC., and ) | |
| THOUVENOT, WADE and ) | |
| MOERCHEN, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court dated March 30, 2007, partial summary judgment was entered in favor of the **UNITED STATES OF AMERICA**, and against defendants **SHANRIE COMPANY, INC., DAN SHEILS, and NETEMEYER ENGINEERING ASSOCIATES, INC.,** on each of the FHA violations.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to the Order of this Court dated April 10, 2008, adopting the remedial plan which requires defendants **SHANRIE COMPANY, INC., DAN SHEILS and NETEMEYER ENGINEERING ASSOCIATES, INC.,** to remedy the inaccessible features at the Applegate Apartments within certain designated time frames.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Jury Verdict of May 30, 2008, judgment is entered in favor of defendants, **THOUVENOT, WADE & MOERCHEN, INC.,** and against the plaintiff, **UNITED STATES OF AMERICA.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to all the terms and conditions listed in the Partial Consent Order dated June 11, 2008, entered into between the **UNITED STATES OF AMERICA** and **NETEMEYER ENGINEERING ASSOCIATES, INC.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court filed October 1, 2008, defendants **DAN SHEILS** and **SHANRIE COMPANY, INC.,** were assessed a civil penalty of $25,000.00. The Court also entered injunctive relief against **DAN SHEILS** and **SHANRIE COMPANY, INC.,** to remain in effect for a term of three years.

JUSTINE FLANAGAN, ACTING CLERK

BY:      /s/*Sandy Pannier*
         **Deputy Clerk**

Dated: April 8, 2009

**APPROVED:** *David R Herndon*
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**